1  ROPERS, MAJESKI, KOHN & BENTLEY
   Neil A. Smith, Esq. (SBN 63777)
2  50 West San Fernando Street, Suite 1400
   San Jose, CA  95113-2429
3  Telephone:     (408) 287-6262
   Facsimile:     (408) 918-4501
4  Email:         nsmith@rmkb.com

5  OF COUNSEL:
   COOPER & DUNHAM LLP
6  Peter D. Murray, Esq.  (Pro Hac Vice Pending)
   Robert T. Maldonado, Esq. (Pro Hac Vice Pending)
7  Hindy Dym, Esq. (Pro Hac Vice Pending)
   30 Rockefeller Plaza
8  New York, New York 10112
   Telephone:     (212) 278-0509
9  Facsimile:     (212) 391-0525
   Email:         rmaldonado@cooperdunham.com
10
   Attorneys for Defendant
11 TELEBRANDS CORP., a New Jersey Corporation

12 HOLLAND & KNIGHT LLP
   R. David Donoghue, Esq. (SBN 205730)  (Counsel for Service)
13 131 South Dearborn Street, 30th Street
   Chicago, Illinois  60603
14 Telephone: (312) 263-3600
   Facsimile: (312) 263-6666
15 Email: david.donoghue@hklaw.com

16 HOLLAND & KNIGHT LLP
   Matthew P. Vafidis (SBN 1003578)
17 50 California Street, 28th Floor
   San Francisco, CA  94111
18 Telephone: (415) 743-6900
   Facsimile: (415) 743-6910
19 Email: matthew.vafidis@hklaw.com

20 Attorneys for Plaintiff
   MEYER MANUFACTURING COMPANY LIMITED

21

UNITED STATES DISTRICT COURT

22

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

23

24

| MEYER MANUFACTURING COMPANY LIMITED, a Hong Kong Corporation,<br><br>Plaintiff,<br><br>v. | CASE NO.  2:11-cv-03153 LKK-DAD<br><br>**STIPULATION AND ORDER REQUESTING THAT THE COURT POSTPONE INITIAL SCHEDULING CONFERENCE, AND OTHER DATES, PENDING A DECISION BY THE COURT ON MOTION TO TRANSFER** |
|---|---|

Stipulation Postponing Case
Management Conference                            - 1 -           CASE NO. 2:11-CV-03153 LKK-DAD
RC1/6312891.1/RL3

TELEBRANDS CORP., a New Jersey Corporation,

Defendant.

Plaintiff MEYER MANUFACTURING COMPANY LIMITED and Defendant TELEBRANDS CORP., by their counsel, hereby stipulate, agree, and request, subject to approval by the Court, to postpone the parties' deadline for submitting their Status Reports, currently set for February 7, 2012, as well as the Status Conference, currently set for February 21, 2012, at 2:00 p.m., to seven (7) and twenty-one (21) days, respectively, following a decision by the Court on Defendant's pending Motion to Transfer, currently set for hearing on March 12, 2012, or such other date(s) as may be set by the Court, pursuant to the proposed Order form below.

Defendant currently has pending before the Court a Motion to Transfer this action to the United States District Court for New Jersey, which motion is scheduled to be heard by this Court on March 12, 2012, at 10:00 a.m.

Without prejudice to either party, the parties jointly request that this Court postpone the February 7, 2012 Status Report deadline, the February 21, 2012 Case Management Conference, and other deadlines and obligations relating thereto, including the time for the parties to exchange initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure, to dates following a decision by the Court on the pending Motion to Transfer.

Should this action be transferred, then the initial scheduling conference, case management meetings, filing, and hearings can be held in the transferee Court.  The briefing and decision on the Motion to Transfer, may also affect case management, so in the interests of justice and efficiency, the parties jointly request that the Court approve the [Proposed] Order below.

Dated:  February 7, 2012                                HOLLAND & KNIGHT LLP

By: /s/ R. David Donoghue
R. DAVID DONOGHUE
Attorneys for Plaintiff
MEYER MANUFACTURING COMPANY LIMITED

1 | Dated: February 7, 2012          COOPER & DUNHAM LLP

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Neil A. Smith
    NEIL A. SMITH
    Attorneys for Defendant
    TELEBRANDS CORP.

### ORDER POSTPONING CASE MANAGEMENT

Plaintiff and defendant having jointly requested that the Court postpone the Initial Scheduling Conference, and the dates and meetings relating thereto, to a date following the decision by the Court on a pending Motion to Transfer this action to New Jersey, and the Court having approved the stipulation of the parties,

IT IS HEREBY ORDERED that the Initial Scheduling Conference in this action shall be continued to April 30, 2012 at 2:00 p.m.

Dates for meeting of counsel, and filing Case Management/Scheduling Statements and Orders shall be proportionately moved back the same number of days as the Initial Scheduling Conference, set by the Court.

Dated: February 9, 2012

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT