1   ROPERS, MAJESKI, KOHN & BENTLEY
    Neil A. Smith, Esq. (SBN 63777)
2   50 West San Fernando Street, Suite 1400
    San Jose, CA  95113-2429
3   Telephone:      (408) 287-6262
    Facsimile:      (408) 918-4501
4   Email:          nsmith@rmkb.com

5   OF COUNSEL:
    COOPER & DUNHAM LLP
6   Peter D. Murray, Esq.  (Pro Hac Vice)
    Robert T. Maldonado, Esq. (Pro Hac Vice)
7   Hindy Dym, Esq. (Pro Hac Vice)
    30 Rockefeller Plaza
8   New York, New York 10112
    Telephone:      (212) 278-0509
9   Facsimile:      (212) 391-0525
    Email:          rmaldonado@cooperdunham.com
10
    Attorneys for Defendant
11  TELEBRANDS CORP., a New Jersey Corporation

12  HOLLAND & KNIGHT LLP
    R. David Donoghue, Esq. (SBN 205730)  (Counsel for Service)
13  Michael A. Grill, Esq. (Pro Hac Vice)
    131 South Dearborn Street, 30th Street
14  Chicago, Illinois  60603
    Telephone:  (312) 263-3600
15  Facsimile:  (312) 263-6666
    Email:  david.donoghue@hklaw.com
16
    HOLLAND & KNIGHT LLP
17  Matthew P. Vafidis (SBN 1003578)
    50 California Street, 28th Floor
18  San Francisco, CA  94111
    Telephone:  (415) 743-6900
19  Facsimile:  (415) 743-6910
    Email:  matthew.vafidis@hklaw.com
20
    Attorneys for Plaintiff
21  MEYER MANUFACTURING COMPANY LIMITED

22                 UNITED STATES DISTRICT COURT

23        EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

24  MEYER MANUFACTURING              CASE NO.  2:11-cv-03153 LKK-DAD
    COMPANY LIMITED, a Hong Kong
25  Corporation,                     **STIPULATION AND ORDER REQUESTING THE**
                                     **COURT TO POSTPONE STATUS REPORT**
26               Plaintiff,          **DEADLINE, INITIAL STATUS CONFERENCE,**
                                     **AND RELATED DATES, UNTIL AFTER**
27  v.                               **DEFENDANT FILES ITS ANSWER**

28

    Stipulation Postponing Case
    Management Conference            - 1 -        CASE NO. 2:11-CV-03153 LKK-DAD

1  TELEBRANDS CORP., a New Jersey
   Corporation,
2
                    Defendant.
3

4         Plaintiff MEYER MANUFACTURING COMPANY LIMITED and Defendant

5  TELEBRANDS CORP., by their counsel, hereby stipulate, agree, and request, subject to approval

6  by the Court, to postpone the parties' deadline for submitting their Status Report, currently set for

7  April 16, 2012, as well as the Status Conference, currently set for April 30, 2012, at 2:00 p.m.,

8  until May 29, 2012, at 2:00 p.m., pursuant to the proposed Order form below.

9         On April 9, 2012, the Court denied Defendant's Motion to Transfer this action to the

10 United States District Court for New Jersey as well as Defendant's Motion to Extend the Time to

11 Answer the Complaint.  The Court ordered Defendant to file its Answer by April 16, 2012.

12 Immediately prior to the Court's ruling, the parties had agreed to, and were in the process of

13 finalizing a stipulation to postpone the initial Status Conference and related deadlines until after

14 the Court ruled and after Defendant filed its Answer.

15        As currently scheduled, the parties' Status Report is due on April 16, 2012, the same day

16 as Defendant's Answer is now due.  But Defendant's Answer and any counterclaims will

17 undoubtedly affect case management, as well as the scope of the parties' conference pursuant to

18 Federal Rule of Civil Procedure 26(f).  Therefore, without prejudice to either party, the parties

19 jointly request that this Court postpone the April 16, 2012 Status Report deadline, along with the

20 April 30, 2012 Case Management Conference, and other deadlines and obligations relating

21 thereto, including the time for the parties to exchange initial disclosures pursuant to Federal Rule

22 of Civil Procedure 26(a), in order to allow the parties time to evaluate Defendant's Answer, and to

23 hold a meaningful Rule 26(f) conference thereafter, prior to submitting their Status Report and

24 serving initial disclosures.

25        WHEREFORE, in the interests of justice and efficiency, the parties jointly request that the

26 Court approve the [Proposed] Order below.

27

28

Stipulation Postponing Case
Management Conference          - 2 -        CASE NO. 2:11-CV-03153 LKK-DAD

1

2

**Dated:  April 10, 2012**              HOLLAND & KNIGHT LLP

3

4                                       By: /s/ Michael A. Grill
                                        R. DAVID DONOGHUE

5                                       MICHAEL A. GRILL
                                        Attorneys for Plaintiff

6                                       MEYER MANUFACTURING COMPANY
                                        LIMITED

7

8       **Dated: April 10, 2012**             COOPER & DUNHAM LLP

9                                       ROPERS, MAJESKI, KOHN & BENTLEY

10

11                                      By: /s/ Neil A. Smith
                                        NEIL A. SMITH

12                                      Attorneys for Defendant
                                        TELEBRANDS CORP.

13

14                    <u>**ORDER POSTPONING CASE MANAGEMENT**</u>

15              Plaintiff and Defendant having jointly requested that the Court postpone the Initial

16      Scheduling Conference, and the dates and meetings relating thereto, to allow sufficient time for

17      the parties to meet and confer and to submit their initial status report following Defendant's filing

18      of its Answer, which must be filed on April 16, 2012,

19              IT IS HEREBY ORDERED that the Initial Scheduling Conference in this action shall be

20      scheduled on May 29, 2012, at 2:00 p.m.

21              Dates for meeting of counsel, initial disclosures, and the filing of Case Management/

22      Status Reports, shall be proportionately moved back the same number of days as the Initial

23      Scheduling Conference, as set by the Court.

24      Dated:  April 11, 2012

25

26                                      LAWRENCE K. KARLTON
                                        SENIOR JUDGE

27                                      UNITED STATES DISTRICT COURT

28