1  HOLLAND & KNIGHT LLP
   R. David Donoghue, Esq. (SBN 205730)  (Counsel for Service)
2  131 South Dearborn Street, 30th Floor
   Chicago, Illinois  60603
3  Telephone:  (312) 263-3600
   Facsimile:  (312) 263-6666
4  Email:  david.donoghue@hklaw.com

5  HOLLAND & KNIGHT LLP
   Matthew P. Vafidis (SBN 1003578)
6  50 California Street, 28th Floor
   San Francisco, CA  94111
7  Telephone:  (415) 743-6900
   Facsimile:  (415) 743-6910
8  Email:  matthew.vafidis@hklaw.com

9  Attorneys for Plaintiff/Counter-Defendant
   MEYER MANUFACTURING COMPANY LIMITED

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEYER MANUFACTURING COMPANY LIMITED, a Hongkong Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TELEBRANDS CORP., a New Jersey Corporation,<br><br>Defendant, | CASE NO.  2:11-cv-03153 LKK-DAD |
| TELEBRANDS CORP., a New Jersey Corporation,<br><br>Counter-Plaintiff,<br><br>v.<br><br>MEYER MANUFACTURING COMPANY LIMITED, a Hongkong Corporation, and MEYER CORPORATION, U.S.,<br><br>Counter-Defendants. | **JOINT STIPULATION AND ORDER TO ADD A REBUTTAL EXPERT DISCLOSURE DATE TO THE CURRENT CASE <u>MANAGEMENT SCHEDULE</u>** |

Plaintiff/Counter-Defendant Meyer Manufacturing Company Limited, Counter-Defendant Meyer Corporation, U.S., and Defendant/Counter-Plaintiff Telebrands Corp., hereby stipulate and request that the Court modify its Scheduling Order to include a rebuttal expert disclosure deadline pursuant Rule 26(a)(2)(D)(ii) of the Federal Rules of Civil Procedure.

The Court issued its Scheduling Order on May 31, 2012, and ordered that the parties serve upon all other parties by November 30, 2012 a final list of the names of all experts that they propose to tender at trial and the experts' written reports. Scheduling Order at 5 [Dkt. No. 39]. The Scheduling Order, however, does not include a rebuttal expert disclosure deadline, pursuant to Rule 26(a)(2)(D)(ii) of the Federal Rules of Civil Procedure.

The parties have conferred and agreed to request that the Scheduling Order be amended as follows:

On or before January 7, 2013, all counsel are to designate in writing and file with the court and serve upon all other parties a final list of the names of all rebuttal experts that they propose to tender at trial. At the time of designation, all rebuttal experts shall submit a written report. The contents of the report must comply with Federal Rule of Civil Procedure 26 (a)(2)(B). All rebuttal experts so designated are to be fully prepared to render an informed opinion at the time of designation so that they may fully participate in any deposition taken by the opposing party.

WHEREFORE, in light of the foregoing, the parties respectfully request that the Court modify the current case management schedule embodied in its May 31, 2012 Scheduling Order to include a rebuttal expert disclosure deadline of January 7, 2013.

1    Respectfully submitted,

2 By /s/ R. David Donoghue
**Dated: November 05, 2012**
3

4 HOLLAND & KNIGHT LLP
R. David Donoghue, Esq. (SBN 205730)
5 Michael A. Grill (Pro Hac Vice)
131 South Dearborn Street, 30th Floor
6 Chicago, Illinois  60603
Telephone:  (312) 263-3600
7 Facsimile:  (312) 263-6666

8 HOLLAND & KNIGHT LLP
Matthew P. Vafidis (SBN 1003578)
9 50 California Street, 28th Floor
San Francisco, CA  94111
10 Telephone:  (415) 743-6900
Facsimile:  (415) 743-6910
11

12 *Counsel for Plaintiff and Counter-Defendant*

13 By: /s/ Robert. T. Maldonado
**Dated: November 05, 2012**
14

ROPERS, MAJESKI, KOHN & BENTLEY
15 Neil A. Smith, Esq. (SBN 63777)
50 West San Fernando Street, Suite 1400
16 San Jose, CA  95113-2429

17 COOPER & DUNHAM LLP
Peter D. Murray, Esq.
18 Robert T. Maldonado, Esq.
Hindy Dym, Esq.
19 30 Rockefeller Plaza
New York, New York 10112
20
*Counsel for Defendant*
21

22

23 So Ordered:

24
Date: November 7, 2012
25
_____
26 LAWRENCE K. KARLTON
SENIOR JUDGE
27 UNITED STATES DISTRICT COURT

28