ROPERS, MAJESKI, KOHN & BENTLEY
Neil A. Smith, Esq. (SBN 63777)
50 West San Fernando Street, Suite 1400
San Jose, CA 95113-2429
Telephone:     (408) 287-6262
Facsimile:     (408) 918-4501
Email:         nsmith@rmkb.com

OF COUNSEL:
COOPER & DUNHAM LLP
Peter D. Murray, Esq.  (Pro Hac Vice)
Robert T. Maldonado, Esq. (Pro Hac Vice)
Hindy Dym, Esq. (Pro Hac Vice)
30 Rockefeller Plaza
New York, New York 10112
Telephone:     (212) 278-0509
Facsimile:     (212) 391-0525
Email:         rmaldonado@cooperdunham.com

Attorneys for Defendant
TELEBRANDS CORP., a New Jersey Corporation

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEYER MANUFACTURING COMPANY LIMITED, a Hongkong Corporation, | CASE NO.  2:11-cv-03153 LKK-DAD |
| Plaintiff, | |
| v. | |
| TELEBRANDS CORP., a New Jersey Corporation, | |
| Defendant, | |
| TELEBRANDS CORP., a New Jersey Corporation, | **JOINT STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE MOTIONS TO COMPEL DISCOVERY IN THE CURRENT CASE MANAGEMENT SCHEDULE** |
| Counter-Plaintiff, | |
| v. | |
| MEYER MANUFACTURING COMPANY LIMITED, a Hongkong Corporation, and MEYER CORPORATION, U.S., | |
| Counter-Defendants. | |

Defendant/Counter-Plaintiff Telebrands Corp., Plaintiff/Counter-Defendant Meyer Manufacturing Company Limited, and Counter-Defendant Meyer Corporation, U.S., hereby stipulate and request that the Court modify its Scheduling Order which states that motions to compel discovery must be noticed so that motions will be heard not later than December 29, 2012.

The Court issued its Scheduling Order on May 31, 2012, and ordered that motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this court and so that such motions will be heard not later than December 29, 2012. Scheduling Order at 5 [Dkt. No. 39]. Accordingly, pursuant to Local Rule 251, counsel understands that notices of motions to compel should be filed by December 7, 2012, and that Joint Statements Regarding Discovery Disagreements must be filed no later than December 21, 2012 so that any motions concerning discovery disagreements may be heard by Friday, December 28, 2012. Due to scheduling conflicts and the availability of witnesses, the depositions pursuant to Fed.R.Civ.P 30(b)(6) cannot be completed until after December 7. Accordingly, the parties have conferred and agreed to request that the Scheduling Order be amended such that all discovery motions, including motions to compel, must be noticed Pursuant to Local Rule 251 in order that they be heard no later than Friday, January 11, 2013.

This amendment will not affect the date for close of discovery or any other deadlines set forth in the Scheduling Order.

WHEREFORE, in light of the foregoing, the parties respectfully request that the Court modify the current case management schedule embodied in its May 31, 2012 Scheduling Order to extend the deadline for the hearing of motions to compel until January 11, 2013.

Respectfully submitted,

By: /s/Robert T. Maldonado

ROPERS, MAJESKI, KOHN & BENTLEY
Neil A. Smith, Esq. (SBN 63777)
50 West San Fernando Street, Suite 1400
San Jose, CA 95113-2429

COOPER & DUNHAM LLP
Peter D. Murray, Esq.
Robert T. Maldonado, Esq.
Hindy Dym, Esq.
30 Rockefeller Plaza
New York, New York 10112

*Counsel for Defendant*


By: /s/ Michael A. Grill

HOLLAND & KNIGHT LLP
R. David Donoghue, Esq. (SBN 205730)
Michael A. Grill (Pro Hac Vice)
131 South Dearborn Street, 30th Floor
Chicago, Illinois 60603
Telephone: (312) 263-3600
Facsimile: (312) 263-6666


HOLLAND & KNIGHT LLP
Matthew P. Vafidis (SBN 1003578)
50 California Street, 28th Floor
San Francisco, CA 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

*Counsel for Plaintiff and Counter-Defendant*


So Ordered:


Date: December 5, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT