IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEYER MANUFACTURING
COMPANY LIMITED, a
Hongkong Corporation,

      Plaintiff,

      v.

TELEBRANDS CORP., a New
Jersey Corporation,

      Defendant.

_____/

No. 2:11-cv-3153 LKK DAD

ORDER

      This matter came before the court on January 11, 2013, for hearing of defendant's motion to compel deposition. (Doc. No. 56.) Michael Grill, Esq. appeared telephonically on behalf of the plaintiff. Robert Maldonado, Esq., Hindy Dym, Esq. and Andrew Stroud, Esq. appeared telephonically on behalf of the defendant.

      Upon consideration of the parties' arguments on file and at the hearing, and for the reasons set forth in detail on the record, IT IS HEREBY ORDERED that:

      1. Defendant's December 21, 2012 motion to compel (Doc. No. 56) is granted;

      2. The January 29, 2013 discovery deadline is extended for the limited and sole purpose of deposing Joseph Lo; and

3.  Joseph Lo shall submit to deposition in California, at a location to be agreed upon by counsel, for deposition on or before February 25, 2013.

DATED: January 11, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\meyer3153.oah.011113