UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MEYER MANUFACTURING
COMPANY LIMITED, a
Hong Kong Corporation,

        NO. CIV. S-11-3153 LKK/DAD

    Plaintiff,

  v.

        O R D E R

TELEBRANDS CORP., a New
Jersey Corporation,

    Defendant.
_____/

    Pending before the court are: (1) Defendant Telebrands Corporation's motion to amend its counterclaims, ECF No. 65; (2) Defendant Telebrands Corporation's motion to amend the scheduling order to permit it to file a motion to compel discovery, ECF No. 67; (3) Plaintiff Meyer Manufacturing Corporation Limited's motion to strike the expert rebuttal report of Stephen M. Nowlis, Ph.D, ECF No. 68; and (4) Plaintiff Meyer Manufacturing Corporation Limited's motion for summary judgment, ECF No. 71.

    Because the above-captioned case is being transferred to District Court Judge Troy Nunley, the hearing on the pending motions, currently set for April 8, 2013, is VACATED.

1

1   Upon official reassignment of the case, the parties may re-
2  notice the motions for hearing on the motion calendar of Judge Troy
3  Nunley, in accordance with Eastern District of California Local
4  Rule 230(b).
5   IT IS SO ORDERED.
6   DATED: March 27, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT