MENNEMEIER, GLASSMAN & STROUD LLP
Andrew W. Stroud (SBN 240236)
980 9th Street, Suite 1700
Sacramento, CA 95814-2736
Telephone: 916-553-4000
Facsimile: 916-553-4011
Email: stroud@mgslaw.com

OF COUNSEL:
COOPER & DUNHAM LLP
Peter D. Murray  (Admitted Pro Hac Vice)
Robert T. Maldonado (Admitted Pro Hac Vice)
Hindy Dym (Admitted Pro Hac Vice)
30 Rockefeller Plaza
New York, New York 10112
Telephone:     (212) 278-0509
Facsimile:      (212) 391-0525
Email:          Rmaldonado@cooperdunham.com

Attorneys for Defendant/Counterclaim-Plaintiff
TELEBRANDS CORP., a New Jersey Corporation

**FILED**

APR 1 6 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYER MANUFACTURING COMPANY LIMITED, a Hongkong Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TELEBRANDS CORP., a New Jersey Corporation,<br><br>Defendant,<br><br>TELEBRANDS CORP., a New Jersey Corporation,<br><br>Counter-Plaintiff,<br><br>v.<br><br>MEYER MANUFACTURING COMPANY LIMITED, a Hongkong Corporation, and MEYER CORPORATION, U.S.,<br><br>Counter-Defendants. | CASE NO.  2:11-cv-03153 TLN-DAD<br><br><br>**JOINT STIPULATION AND PROPOSED ORDER TO ADJOURN THE HEARING DATE FOR ALL PENDING MOTIONS** |

Joint Stipulation and Proposed Order to adjourn the
hearing date for all pending motions                - 1 -              CASE NO. 2:11-CV-03153 LKK-DAD

1    Defendant/Counter-Plaintiff Telebrands Corp. ("Telebrands"), and Plaintiff/Counter-
2  Defendant Meyer Manufacturing Company Limited and Counter-Defendant Meyer Corporation,
3  U.S. (collectively, "Meyer"), hereby stipulate and request that the Court reset the hearing
4  scheduled for June 6, 2013 so that all pending motions may be heard on June 20, 2013.

5    Presently, there are four pending motions before the Court:

6    1)  Telebrands' motion to amend its Counterclaims (D.I.[1] 65);

7    2)  Telebrands' motion to amend the scheduling order to permit it to file a motion to
8        compel discovery (D.I. 67);

9    3)  Meyer's motion to strike the expert rebuttal report of Stephen M. Nowlis, Ph.D. (D.I.
10       68; and

11   4)   Meyer's motion for summary judgment (D.I. 71).

12   The hearing on these motions was previously scheduled for April 8, 2013.  On March 27,
13  2013, the April 8, 2013 hearing on these motions was vacated because this case was transferred
14  from the Honorable Judge Karlton to the Honorable Judge Nunley (D.I. 81).  On April 3, 2013,
15  the hearing was reset for June 6, 2013 before Judge Nunley (D.I. 83).

16   Due to scheduling issues, the parties have conferred and agreed to request that the hearing
17  date for the pending motions recited above be adjourned to June 20, 2013.  Telebrands' counsel
18  spoke with Courtroom Deputy Michelle Krueger for Judge Nunley on April 9, 2013, who stated
19  that the adjournment was acceptable and directed the parties to file a Stipulation stating same.

20   The parties also agreed that Meyer's reply briefs on its motion to strike the expert rebuttal
21  report of Stephen M. Nowlis, Ph.D. and its motion for summary judgment will be filed on or
22  before May 23, 2013.

23   This adjournment will not affect any other deadlines.  On April 9, 2013, the final pretrial
24  conference set for July 1, 2013 and the jury trial date of October 1, 2013 set before Judge Karlton
25  were vacated (D.I. 84).

26

27
_____
28  [1]    "D.I." refers to the ECF Docket Index for this action.

Joint Stipulation and Proposed Order to adjourn the
hearing date for all pending motions          - 2 -          CASE NO. 2:11-CV-03153 LKK-DAD

1      WHEREFORE, in light of the foregoing, the parties respectfully request that the Court

2   adjourn the hearing for the currently pending motions (D.I. 65, 67, 68, 71) to June 20, 2013.

3

4   Respectfully submitted,

5   By: /s/Robert T. Maldonado

6
    MENNEMEIER, GLASSMAN & STROUD LLP
7   Andrew W. Stroud (SBN 126475)
    980 9th Street, Suite 1700
8   Sacramento, CA 95814-2736
    Telephone: 916-553-4000
9   Facsimile: 916-553-4011

10  COOPER & DUNHAM LLP
    Peter D. Murray, Esq.
11  Robert T. Maldonado, Esq.
    Hindy Dym, Esq.
12  30 Rockefeller Plaza
    New York, New York 10112
13
14  *Counsel for Defendant*

15

16  By: /s/ R. David Donoghue

17  HOLLAND & KNIGHT LLP
    R. David Donoghue, Esq. (SBN 205730)
18  Michael A. Grill (Pro Hac Vice)
    131 South Dearborn Street, 30th Floor
19  Chicago, Illinois 60603
    Telephone: (312) 263-3600
20  Facsimile: (312) 263-6666

21
    HOLLAND & KNIGHT LLP
22  Matthew P. Vafidis (SBN 1003578)
    50 California Street, 28th Floor
23  San Francisco, CA 94111
    Telephone: (415) 743-6900
24  Facsimile: (415) 743-6910

25  *Counsel for Plaintiff and Counter-Defendant*

26

27

28

        Joint Stipulation and Proposed Order to adjourn the
        hearing date for all pending motions          - 3 -          CASE NO. 2:11-CV-03153 LKK-DAD

So Ordered:

Date: 4/16/13

_____
The Honorable Troy L. Nunley

4844-8016-5651, v. 1