**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEYER MANUFACTURING COMPANY LIMITED, a Hongkong Corporation,<br><br>  Plaintiff,<br><br>v.<br><br>TELEBRANDS CORP., a New Jersey Corporation,<br><br>  Defendant,<br>—————————————————<br>TELEBRANDS CORP., a New Jersey Corporation,<br><br>  Counter-Plaintiff,<br><br>v.<br><br>MEYER MANUFACTURING COMPANY LIMITED, a Hongkong Corporation, and MEYER CORPORATION, U.S.,<br><br>  Counter-Defendants. | CASE NO. 2:11-cv-03153 TLN-DAD<br><br><br><br>**ORDER SEALING EVIDENCE SUBMITTED BY TELEBRANDS CORP.'S IN SUPPORT OF ITS COMBINED REPLY IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE ANSWER AND AMENDED COUNTERCLAIMS (D.I. 65) AND ITS MOTION TO AMEND THE SCHEDULING ORDER (D.I. 67)** |

**ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1

Good cause appearing from Telebrands Corp's ("Telebrands") request to file certain evidence under seal in support of Telebrands' combined reply in support of its motions to amend its counterclaims and the scheduling order, Telebrands' request is hereby **GRANTED.**

**THEREFORE, IT IS ORDERED THAT** the following documents are hereby sealed by this Court until further notice:

1. Dym Declaration, Exhibit A:  Excerpts from Bob Rae's November 7, 2012 deposition transcript.
2. Dym Declaration, Exhibit B:  Excerpts from Irene Tam's November 8, 2012 deposition transcript.

**IT IS SO ORDERED.**

Dated: May 30, 2013

Troy L. Nunley
United States District Judge