UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYER MANUFACTURING COMPANY LIMITED, a Hongkong Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TELEBRANDS CORP., a New Jersey Corporation,<br><br>    Defendant,<br><br>TELEBRANDS CORP., a New Jersey Corporation,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>MEYER MANUFACTURING COMPANY LIMITED, a Hongkong Corporation, and MEYER CORPORATION, U.S.,<br><br>    Counter-Defendants. | Case No. 2:11-CV-03153-TLN-DAD<br><br>**ORDER SEALING EVIDENCE SUBMITTED BY TELEBRANDS CORP. IN SUPPORT OF THE DECLARATION OF ROBERT MALDONADO IN SUPPORT OF TELEBRANDS CORP.'S OPPOSITION TO MEYER'S MOTION FOR SUMMARY JUDGMENT** |

**ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1

Good cause appearing from Telebrands Corp's ("Telebrands") request to file certain evidence under seal in support of its opposition to Meyer's motion for summary judgment, Telebrands' request is hereby **GRANTED.**

**THEREFORE, IT IS ORDERED THAT** the following documents are hereby sealed by this Court until further notice:

1. Maldonado Declaration, Exhibit 1: excerpts from Marvin Levy's November 15, 2012 deposition.
2. Maldonado Declaration, Exhibit 2: excerpts from Ajit Khubani's November 16, 2012 deposition.
3. Maldonado Declaration, Exhibit 3: Telebrands Corp.'s ("Telebrands") produced document TB008168.
4. Maldonado Declaration, Exhibit 4: copies of Telebrands produced documents TB008169-8170.
5. Maldonado Declaration, Exhibit 5: copy of Telebrands produced documents TB008171-8172.
6. Maldonado Declaration, Exhibit 6: copy of Telebrands produced document TB008173.
7. Maldonado Declaration, Exhibit 7: copy of Telebrands produced document TB008174.
8. Maldonado Declaration, Exhibit 8: copy of Telebrands produced document TB008175.
9. Maldonado Declaration, Exhibit 11: copy of excerpts from Bala Iyer's November 20, 2012 deposition.

10. Maldonado Declaration, Exhibit 13: copy of Telebrands produced documents TB0004735-36.

11. Maldonado Declaration, Exhibit 14: copy of Telebrands produced documents TB0004720-21.

12. Maldonado Declaration, Exhibit 15: copy of Telebrands produced document TB0004728.

13. Maldonado Declaration, Exhibit 16: copy of excerpts from Irene Tam's November 8, 2012 deposition.

14. Maldonado Declaration, Exhibit 17: copy of excerpts from Robert Rae's November 7, 2012 deposition.

15. Maldonado Declaration, Exhibit 18: copy of Meyer Manufacturing produced document MHK00607.

16. Maldonado Declaration, Exhibit 21: copy of excerpts from David Willis' December 18, 2012 deposition.

17. Maldonado Declaration, Exhibit 23: copy of Meyer Manufacturing produced document MHK000104.

18. Maldonado Declaration, Exhibit 24: copy of Meyer Manufacturing produced document MHK000407.

29. Maldonado Declaration, Exhibit 25: copy of Meyer Manufacturing produced documents MHK000465-67.

20. Maldonado Declaration, Exhibit 29: copy of Telebrands produced documentTB0008172.

22. Maldonado Declaration, Exhibit 30: copy of Meyer Manufacturing produced document MHK000616.

23. Maldonado Declaration, Exhibit 31: copy of excerpts from Dean Krause's December 10, 2012 deposition.

24. Maldonado Declaration, Exhibit 32: copy of Telebrands produced document TB0008118.

25. Maldonado Declaration, Exhibit 33: copy of Telebrands produced document TB0008113.

26. Maldonado Declaration, Exhibit 35: copy of Telebrands produced document TB0008168.

27. Maldonado Declaration, Exhibit 37: copy of excerpts from Joseph Lo's February 6, 2013 deposition.

28. Maldonado Declaration, Exhibit 38: copy of Telebrands' produced documents TB0008384-8393.

29. Telebrands Corp.'s Memorandum of Points and Authorities in Opposition to Meyer's Motion for Summary Judgment.

30. Declaration of Bala Iyer in Support of Telebrands Corp.'s Opposition to Meyer's Motion for Summary Judgment.

31. Telebrands Corp.'s Response to Meyer's Statement of Undisputed Facts.

**IT IS SO ORDERED.**

Dated: May 30, 2013

Troy L. Nunley
United States District Judge