**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEYER MANUFACTURING COMPANY LIMITED, a Hongkong Corporation,<br>    Plaintiff,<br><br>    v.<br><br>TELEBRANDS CORP., a New Jersey Corporation,<br><br>    Defendant.<br><hr><br>TELEBRANDS CORP., a New Jersey Corporation,<br>    Counter-Plaintiff,<br><br>    v.<br>MEYER MANUFACTURING COMPANY LIMITED, a Hongkong Corporation,<br><br>and<br><br>MEYER CORPORATION U.S.,<br><br>    Counter-Defendants. | Case No. 2:11-CV-03153-TLN-DAD<br><br>**ORDER SEALING EVIDENCE SUBMITTED BY MEYER MANUFACTURING COMPANY LIMITED AND MEYER CORPORATION IN SUPPORT OF DKT. 69, THEIR COMBINED OPPOSITION TO TELEBRANDS' MOTIONS TO AMEND (L.R. 141)** |

**ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1

1  Good cause appearing from Meyer Manufacturing Company Limited and Meyer Corporation U.S.'s (collectively, the "Meyer Entities") request to file certain evidence under seal in support of the Meyer Entities' combined opposition to Telebrands' motions to amend its counterclaims and the scheduling order, the Meyer Entities' request is hereby **GRANTED.**

**THEREFORE, IT IS ORDERED THAT** the following documents are hereby sealed by this Court until further notice:

1. EXHIBIT B:  Excerpts from Bob Rae's November 7, 2012 deposition transcript.
2. EXHIBIT C:  Excerpts from Irene Tam's November 8, 2012 deposition transcript.
3. EXHIBIT D:  Excerpts from Dean Krause's December 10, 2012 deposition transcript.

**IT IS SO ORDERED.**

Dated: May 30, 2013

Troy L. Nunley
United States District Judge