1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEYER MANUFACTURING COMPANY LIMITED, a Hongkong Corporation,<br>          Plaintiff,<br><br>          v.<br><br>TELEBRANDS CORP., a New Jersey Corporation,<br><br>          Defendant. | Case No. 2:11-CV-03153-TLN-DAD<br><br>**ORDER SEALING EVIDENCE SUBMITTED BY MEYER MANUFACTURING COMPANY LIMITED AND MEYER CORPORATION IN SUPPORT OF DKT. 69, THEIR COMBINED OPPOSITION TO TELEBRANDS' MOTIONS TO AMEND (L.R. 141)** |
| TELEBRANDS CORP., a New Jersey Corporation,<br>          Counter-Plaintiff,<br><br>          v.<br><br>MEYER MANUFACTURING COMPANY LIMITED, a Hongkong Corporation,<br><br>and<br><br>MEYER CORPORATION U.S.,<br><br>          Counter-Defendants. | |

**<u>ORDER</u>**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1

1  Good cause appearing from Meyer Manufacturing Company Limited and Meyer
2  Corporation U.S.'s (collectively, the "Meyer Entities") request to file certain evidence under
3  seal in support of the Meyer Entities' combined opposition to Telebrands' motions to amend its
4  counterclaims and the scheduling order, the Meyer Entities' request is hereby **GRANTED.**

**THEREFORE, IT IS ORDERED THAT** the following documents are hereby sealed by this Court until further notice:

1. EXHIBIT B:  Excerpts from Bob Rae's November 7, 2012 deposition transcript.
2. EXHIBIT C:  Excerpts from Irene Tam's November 8, 2012 deposition transcript.
3. EXHIBIT D:  Excerpts from Dean Krause's December 10, 2012 deposition transcript.

**IT IS SO ORDERED.**

Dated: May 30, 2013

Troy L. Nunley
United States District Judge

2