1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

10

MEYER MANUFACTURING COMPANY
LIMITED, a Hongkong Corporation,

11
        Plaintiff,

12
        v.

13
TELEBRANDS CORP., a New Jersey
Corporation,

14

15
        Defendant.

16

17
TELEBRANDS CORP., a New Jersey
Corporation,

18
        Counter-Plaintiff,

19
        v.
MEYER MANUFACTURING COMPANY

20
LIMITED, a Hongkong Corporation,

21
and

22
MEYER CORPORATION U.S.,

23
        Counter-Defendants.

24

25

26

27

28

Case No. 2:11-CV-03153-TLN-DAD

**ORDER SEALING EVIDENCE AND
PORTIONS OF REPLY IN SUPPORT OF
SUMMARY JUDGMENT, AND REPLY
TO TELEBRANDS' RESPONSE TO
STATEMENT OF UNDISPUTED FACTS,
SUBMITTED BY THE MEYER
ENTITIES IN SUPPORT OF THEIR
MOTION FOR SUMMARY JUDGMENT
(L.R. 141)**

**ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1

Good cause appearing from Meyer Manufacturing Company Limited and Meyer Corporation U.S.'s (collectively, the "Meyer Entities") request to file certain evidence under seal in support of the Meyer Entities' Reply in Support of Motion for Summary Judgment, the Meyer Entities' request is hereby **GRANTED.**

**THEREFORE, IT IS ORDERED THAT** the following documents are hereby sealed by this Court until further notice:

1. The Meyer Entities Reply in Support of their Motion for Summary Judgment at pages 7, 8, & 15. (The Meyer Entities)

2. The Meyer Entities' Reply to Telebrands' Response to Statement of Undisputed Facts at pages 7-8, 10, 14-15, 21-22, & 31. (The Meyer Entities and Telebrands)

3. Michael A. Grill Declaration Exhibit E: Excerpts from Robert Rae's November 7, 2012 deposition transcript. (The Meyer Entities)

4. Michael A. Grill Declaration Exhibit F: Excerpts from Ajit Khubani's November 16, 2012 deposition transcript. (Telebrands)

5. Michael A. Grill Declaration Exhibit G: Excerpts from Bala Iyer's November 20, 2012 deposition transcript. (Telebrands)

6. Michael A. Grill Declaration Exhibit H: Excerpts from Dean Krause's December 10, 2012 deposition transcript. (The Meyer Entities)

7. Michael A. Grill Declaration Exhibit J: Excerpts from David Willis' deposition on behalf of the Whitford Corporation, dated December 18, 2012 deposition transcript. (Whitford)

**IT IS SO ORDERED.**

Dated: May 30, 2013

Troy L. Nunley
United States District Judge