1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEYER MANUFACTURING COMPANY LIMITED, a Hongkong Corporation,<br>    Plaintiff,<br><br>      v.<br>TELEBRANDS CORP., a New Jersey Corporation,<br><br>    Defendant.<br><hr>TELEBRANDS CORP., a New Jersey Corporation,<br>    Counter-Plaintiff,<br><br>      v.<br>MEYER MANUFACTURING COMPANY LIMITED, a Hongkong Corporation,<br><br>and<br><br>MEYER CORPORATION U.S.,<br><br>    Counter-Defendants. | Case No. 2:11-CV-03153-TLN-DAD<br><br>**ORDER SEALING EVIDENCE AND PORTIONS OF MOTION FOR SUMMARY JUDGMENT SUBMITTED BY MEYER MANUFACTURING COMPANY LIMITED AND MEYER CORPORATION IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT (L.R. 141)** |

**<u>ORDER</u>**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1

Good cause appearing from Meyer Manufacturing Company Limited and Meyer Corporation U.S.'s (collectively, the "Meyer Entities") request to file certain evidence under seal in support of the Meyer Entities' Motion for Summary Judgment, the Meyer Entities' request is hereby **GRANTED.**

**THEREFORE, IT IS ORDERED THAT** the following documents are hereby sealed by this Court until further notice:

1. The Meyer Entities Memorandum in Support of their Motion for Summary Judgment at pages 11, 12, 22, 23, 25, 26, 29.

2. Anthony J. Fuga Declaration Exhibit 2: Excerpts from Ajit Khubani's November 16, 2012 deposition transcript.

3. Anthony J. Fuga Declaration Exhibit 7: Telebrands Corp.'s ("Telebrands") produced documents TB0002507, TB0002568, TB0002573, TB0002588, TB0004781.

4. Anthony J. Fuga Declaration Exhibit 8: Excerpts from Bala Iyer's November 20, 2012 deposition transcript.

5. Anthony J. Fuga Declaration Exhibit 9: Excerpts from David Willis' December 18, 2013 deposition.

6. Anthony J. Fuga Declaration Exhibit 11: Excerpts from Bob Rae's November 7, 2012 deposition transcript.

7. Anthony J. Fuga Declaration Exhibit 12: Exhibit 523 to Bob Rae's November 7, 2012 deposition.

8. Anthony J. Fuga Declaration Exhibit 13: Meyer Manufacturing's produced documents MHK607-614

9. Anthony J. Fuga Declaration Exhibit 17: Excerpts from Dean Krause's December 10, 2012 deposition.

10. Anthony J. Fuga Declaration Exhibit 20: Excerpts from Derek Schwartz's October 23, 2012 deposition transcript.

11. Anthony J. Fuga Declaration Exhibit 24: Exhibit 34 to Robert Barnett's December 17, 2012 deposition.

**IT IS SO ORDERED.**

Dated: May 30, 2013

Troy L. Nunley
United States District Judge